UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JABARIE PHILLIPS,

                Plaintiff,

  v.

RON FRAKER, PRIVATE CONTRACTORS,

                Defendants.

No. C12-1110 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     This action is **Dismissed Without Prejudice** prior to service for failure to state a claim.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 11th day of January, 2013.

                                        Ronald B. Leighton
                                        United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1