UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JABARIE PHILLIPS,<br><br>                      Plaintiff,<br><br>  v.<br><br>RON FRAKER, PRIVATE CONTRACTORS,<br><br>                      Defendants. | No. C12-1110 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation.

    (2)    This action is **Dismissed Without Prejudice** prior to service for failure to state a claim.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 11th day of January, 2013.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1